UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAKIKO YAMASHITA,<br><br>   Plaintiff,<br><br>  v.<br><br>KAIJU STUDIOS LLC, DAVID BORDEN, RANDY BORDEN AND FENWAY RECORDINGS,<br><br>   Defendants. | Civil Action No. 05-10298 RWZ |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLEAD OR OTHERWISE MOVE IN RESPONSE TO COMPLAINT**

The parties, Makiko Yamashita and Fenway Recordings have agreed to an extension to and including August 1, 2005, to answer, plead or otherwise move with respect to Plaintiff's Complaint.

The parties have engaged in active and productive settlement negotiations. They have reach agreement in principal on many of the key elements for a settlement and expect to file a dismissal of the action within the time requested to answer.

Respectfully submitted,

| | |
|---|---|
| /s/Heidi E. Harvey | /s/ Thomas A. Aylesworth |
| Heidi E. Harvey (BBO# 548114) | Thomas A. Aylesworth |
| FISH & RICHARDSON P.C. | NUTTER McCLENNEN & FISH LLP |
| Boston, MA 02110-2804 | World Trade Center |
| 225 Franklin Street | 155 Seaport Boulevard |
| Tel: (617) 542-5070 | Boston, MA 02210 |
| Fax: (617) 542-8906 | Tel: (617) 439-2993 |
| | Fax: (617) 310-9993 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants*<br>*Fenway Recordings* |

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the JOINT MOTION FOR EXTENSION OF TIME FOR PLEAD OR OTHERWISE MOVE IN RESPONSE TO COMPLAINT was served upon the attorney of record for each other party by mail on June 8, 2005.

_____

21102987.doc