AO 440 (Rev. 10/93) Summons in a Civil Action

United States District Court
District of Massachusetts

MAKIKO YAMASHITA,

        Plaintiff,

v.

KAIJU STUDIOS LLC, DAVID BORDEN,
RANDY BORDEN AND FENWAY STUDIOS

        Defendants.

**SUMMONS IN A CIVIL CASE**

Civil Action No.:

05  10298 RWZ

TO:   Mr. Randy Borden
       325 Huntington Ave., Suite 10,
       Boston, MA 02115

You are hereby summoned and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

       Heidi E. Harvey (#548114)
       FISH & RICHARDSON P.C.
       225 Franklin Street
       Boston, MA 02110-2804
       Telephone: (617) 542-5070

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                           FEB 15 2005
Clerk                                                      Date

(By) Deputy Clerk

# AFFIDAVIT OF SERVICE

State of Massachusetts          County of Suffolk          U.S.D.C. Court

Case Number: 05 10298 RWZ

Plaintiff:
**Makiko Yamashita,**

vs.

Defendant:
**Kaiju Studios LLC, David Borden, Randy Borden and Fenway Studios**

For:
Fish and Richardson, P.C.
225 Franklin Street
Boston, MA 02110

Received by STOKES & LEVIN on the 7th day of June, 2005 at 11:53 am to be served on **Mr. Randy Borden: 988 Memorial Drive Apt 182 Cambridge, MA 02138**.

I, Jason Rudy, being duly sworn, depose and say that on the **7th day of June, 2005 at 8:50 pm, I:**

**Personally Served** the within named person with a true copy of this **Summons in A Civil Case; Complaint; Jury Demand** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Description** of Person Served:  Age: 35,  Sex: M,  Race/Skin Color: White,  Height: 5'10,  Weight: 190,  Hair: Brown,  Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 12th day of June, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

Jason Rudy
Civil Process Division

STOKES & LEVIN
60 State Street
Boston, MA 02109
(877) 786-5374

Our Job Serial Number: 2005003062
Ref: Heidi E. Harvey
Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f