UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAKIKO YAMASHITA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAIJU STUDIOS LLC, DAVID )<br>BORDEN, RANDY BORDEN )<br>AND FENWAY RECORDINGS, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-10298 RWZ |

## APPEARANCE OF THOMAS W. AYLESWORTH

Please enter the appearance of Thomas W. Aylesworth of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604, as counsel for defendant Fenway Recordings.

/s/ Thomas W. Aylesworth
Thomas W. Aylesworth (BBO# 630994)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

1450161.1