UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAKIKO YAMASHITA,<br><br>      Plaintiff,<br><br>v.<br><br>KAIJU STUDIOS LLC, DAVID<br>BORDEN, RANDY BORDEN<br>AND FENWAY RECORDINGS,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10298 RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION OF FENWAY RECORDINGS TO ENLARGE TIME IN WHICH TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendant Fenway Recordings, with the assent of plaintiff Makiko Yamashita, hereby moves to enlarge the time in which it has to respond to plaintiff's complaint to August 15, 2005.

The parties continue to engage in active and productive settlement negotiations and have reached agreement in principal on many key issues. The parties expect to file a dismissal of the action within the time requested for enlargement.

Respectfully submitted,

FENWAY RECORDINGS,

By its attorney,

/s/ Thomas W. Aylesworth
Thomas W. Aylesworth (BBO# 630994)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

**Assented-To:**

MAKIKO YAMASHITA,

By her attorney,

/s/ Heidi E. Harvey
Heidi E. Harvey (BBO# 548114)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
(617) 542-5070