UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAKIKO YAMASHITA,                         ) | |
|                                           ) | |
|           Plaintiff,                      ) | |
|                                           ) | |
| v.                                        ) | |
|                                           ) | Civil Action No. 05-10298 RWZ |
| KAIJU STUDIOS LLC, DAVID                  ) | |
| BORDEN, RANDY BORDEN                      ) | |
| AND FENWAY RECORDINGS,                    ) | |
|                                           ) | |
|           Defendants.                     ) | |

## APPEARANCE OF ELIZABETH H. CLEARY

Please enter the appearance of Elizabeth H. Cleary of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604, as counsel for defendant Fenway Recordings.

/s/ Elizabeth H. Cleary
Elizabeth H. Cleary (BBO# 647221)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

1458504.1