UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| MAKIKO YAMASHITA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-10298 RWZ |
| ) | |
| KAIJU STUDIOS LLC, DAVID ) | |
| BORDEN, RANDY BORDEN ) | |
| AND FENWAY RECORDINGS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### ASSENTED-TO MOTION OF FENWAY RECORDINGS TO ENLARGE TIME IN WHICH TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendant Fenway Recordings, with the assent of plaintiff Makiko Yamashita, hereby moves to enlarge the time in which it has to respond to plaintiff's complaint to September 9, 2005.

On July 8, 2005, while engaged in promising settlement discussions, the parties filed the Assented-to Motion of Fenway Recordings to Enlarge Time in Which to Respond to Complaint. The Court granted that motion and entered a new deadline of August 31, 2005. The parties are not certain that they will be able to reach a final resolution of their dispute by that date, but continue to engage in active and productive settlement negotiations. The parties have reached agreement in principal on many key issues and expect to file a dismissal of the action within the time requested for enlargement.

Respectfully submitted,

**FENWAY RECORDINGS,**

By its attorney,

**/s/ Elizabeth H. Cleary**
**Thomas W. Aylesworth (BBO# 630994)**
**Elizabeth H. Cleary (BBO# 647221)**
**Nutter McClennen & Fish LLP**
**World Trade Center West**
**155 Seaport Boulevard**
**Boston, MA 02210**
**(617) 439-2000**

**Assented-To:**

**MAKIKO YAMASHITA,**

By her attorney,

**/s/ Heidi E. Harvey**
**Heidi E. Harvey (BBO# 548114)**
**Fish & Richardson P.C.**
**225 Franklin Street**
**Boston, MA 02110**
**(617) 542-5070**

**1458497.1**