UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAKIKO YAMASHITA,

       Plaintiff,

   v.

KAIJU STUDIOS LLC, DAVID BORDEN,
RANDY BORDEN AND FENWAY
RECORDINGS,

       Defendants.

Civil Action No. 05-10298 RWZ

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and the settlement agreement entered into by the

parties, the plaintiff dismisses the above action with prejudice.

Dated:  September 28, 2005

/s/Heidi E. Harvey_____
Heidi E. Harvey (#548114)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of
record for each other party by mail/hand on September 28, 2005.

21175982.doc